Martha W. Murphy, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Philomeno De Jesu, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Henry Kressie, Appellant.— Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that the commission of the offense is not proven beyond a reasonable doubt. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Felice Schiavoni, Appellant, v. The Sheriff of the County of Kings, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Chancellor Scott, Respondent, v. Birdsey Youngs, Appellant.— Judgment and order of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Mary A. Williams, Respondent, v. Katherine Lindemann, Individually and as Executrix, etc., of Julia M. Meyer, Deceased, and as Trustee Thereunder, and Hellene M. Meyer, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Julius Altschul, Respondent, v. McWalter B. Sutton, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Herbert W. Cramp, Plaintiff, v. Chester A. Dady and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ. Order to be settled before Mr. Justice Burr.

S. Hamblen Holden, Respondent, v. Theresa Crolly and Others, Appellants.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Long Island Railroad Company, Plaintiff, v. Laura M. Fairchild and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted, questions certified, and order signed. Present— Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.